O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-05-30 |
| | § | |
| ELLIS TAYLOR, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

The United States filed this complaint on January 20, 2005, seeking recovery against defendant for default on a student loan (D.E. 1). Summons was issued January 25, 2005 (D.E. 3). To date the summons has not been returned executed or unexecuted. No answer has been filed. No request for an extension of time to complete service of process has been filed. Fed. R. Civ. P. 4(m). Plaintiff is ordered to show cause, if any, within twenty days of the date of this order, why this complaint should not be dismissed without prejudice for failure to complete service of process. *Id.*

ORDERED this 10th day of June, 2005.

_____
B. Janice Ellington
United States Magistrate Judge